UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE WATSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14-CV-712 CAS |
| USAA GARRISON INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Pending before the Court is plaintiff's motion for reconsideration of this Court's dismissal of his pro se complaint on July 2, 2014, and plaintiff's "Motion for Leave for the Court to Observe and Correct the Lawsuit Anatomy in this Instance Case," which the Court also construes as a motion for reconsideration. Plaintiff's complaint, alleging various civil rights allegations, was dismissed as duplicative of a prior action filed by plaintiff in this Court with identical claims. See Cooper v. Delo, 997 F.2d 376, 377 (8th Cir. 1993) (28 U.S.C. § 1915(e) dismissal has res judicata effect on future in form pauperis petitions).

Plaintiff has not set forth any meritorious grounds for review of the dismissal of this action in either of his motions. As such, his motions for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to for reconsideration of the dismissal of this action is **DENIED**. [Doc. 16]

**IT IS FURTHER ORDERED** that plaintiff's Motion for Leave for the Court to Observe and Correct the Lawsuit Anatomy in this Instance Case, which the Court construes as a motion for reconsideration is **DENIED.** [Doc. 17]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of August, 2014.